```
               IN THE UNITED STATES DISTRICT COURT
              FOR THE WESTERN DISTRICT OF TEXAS
                       DEL RIO DIVISION

UNITED STATES OF AMERICA      §
                              §
VS.                           §        DR:11-CR-01781 (5)
                              §
CHUCO MARIO MARTINEZ          §
      Defendant               §
```
_____

### MOTION TO WITHDRAW AS COUNSEL
_____

**TO THE HONORABLE JUDGE FOR THE UNITED STATES MAGISTRATE COURT FOR THE WESTERN DISTRICT OF TEXAS:**

The Defendant's attorney in the above styled and numbered cause, respectfully moves the Court for an order discharging him as attorney of record on this matter. In support of this motion, undersigned counsel would show the Court as follows:

**I.**

1. The Defendant's attorney has a conflict of interest and cannot proceed as Defendant's attorney of record. It would be impossible for undersigned counsel to represent the Defendant with the conflict of interest.

2. This Motion to Continue is not made for purposes of delay, but that justice may be done.

**II. PRAYER**

**WHEREFORE, PREMISES CONSIDERED,** Defendant's attorney prays for all the foregoing relief and that his Motion be in all respects **GRANTED** by this Honorable Court.

>Respectfully Submitted,
>
>/s/
>Sostenes Mireles II
>Texas State Bar Number:  24041497
>Attorney at Law
>Del Rio, Texas 78840
>Telephone:  (830) 775-6056
>Fax:  (866) 877-5852
>Attorney for the Defendant

### CERTIFICATE OF SERVICE

I certify that a true and exact copy of the Motion to Withdraw was filed electronically with the U.S. District Clerk of the Court using the CM/ECF system which will send electronic notification to Assistant United States Attorney on the 12th day of October, 2011.

>/s/
>Sostenes Mireles II

```
        IN THE UNITED STATES DISTRICT COURT
         FOR THE WESTERN DISTRICT OF TEXAS
                  DEL RIO DIVISION
```

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **VS.** | § | DR:11-CR-01781 (5) |
| | § | |
| **CHUCO MARIO MARTINEZ** | § | |
| Defendant | § | |

**ORDER ON MOTION TO WITHDRAW**

Sostenes Mireles II's Motion to Withdraw is hereby:

_____          **GRANTED**

_____          **DENIED**

Signed in Del Rio, Texas on this the _____ day of _____ _____, 2011.

_____
Honorable Victor Roberto Garcia
United States Magistrate Judge