IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

FILED
OCT 1 2 2011
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
                DEPUTY CLERK

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| VS. | § | DR:11-CR-01781 (5) |
| | § | |
| CHUCO MARIO MARTINEZ | § | |
| Defendant | § | |

ORDER ON MOTION TO WITHDRAW

Sostenes Mireles II's Motion to Withdraw is hereby:

____✓____   GRANTED

_____   DENIED

Signed in Del Rio, Texas on this the 12th day of Oct, 2011.

Honorable ~~Victor~~ Roberto Garcia
United States ~~Magistrate~~ District Judge